# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-16-00188-CV
_____

### CHARLOTTE PATTY MCKINLEY, Appellant

### V.

### OPTIMIST VILLAGE INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Orange County, Texas**
**Trial Cause No. 23510A**

### ORDER

Charlotte Patty McKinley appealed the denial of her motion to dismiss. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(12) (West Supp. 2015). Counsel for the appellant filed a suggestion of death and motion to withdraw as counsel because it has not agreed to represent the estate. The appellee, Optimist Village Inc., filed a motion to lift the stay in this accelerated appeal and to dismiss this interlocutory appeal as moot.

1

The motion to lift the stay of further proceedings in the trial court is granted. The appeal is abated for thirty days, and the case is remanded to the trial court so that the trial court may decide whether to sign an order of non-suit and determine whether the entire case is moot. A supplemental record containing any orders signed by the trial court and any documents filed with the trial court in connection with this matter, together with a reporter's record of any hearing conducted pursuant to this Order, shall be filed with the Court of Appeals by September 29, 2016. The appeal will be reinstated without further order on that date.

ORDER ENTERED August 30, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.